UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LITETRONICS INTERNATIONAL, INC. and )
COOLLITE INTERNATIONAL HOLDINGS )
LIMITED, )
                                      ) Civil Action No.: 03C 5733
         Plaintiffs, )
                                      ) Judge Wayne R. Andersen
                                      )
vs.                               ) Magistrate Judge Ashman
                                      )
TECHNICAL CONSUMER PRODUCTS, INC., )
                                      )
         Defendant. )

**FILED** SEP 24 2004 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**DOCKETED** SEP 2 3 2004

## NOTICE OF FILING

**To:**   Steven M. Auvil (0063827)             Leon E. Lindenbaum
          **BENESCH, FRIEDLANDER,**        **LINDENBAUM COFFMAN**
          **CUPLAN & ARONOFF, LLP**         **COLANDER BRISKLY**
          2300 BP Tower, 200 Public Square   **& GRIPPO, LTD.**
          Cleveland, Ohio 44114-2378          Three First National Plaza
                                                  Suite 2315
                                                  Chicago, IL. 60602

PLEASE TAKE NOTICE that on September 22, 2004, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached Joint Stipulation Concerning Technical Consumer Products Motion To File Amended Pleadings in the above style matter, a copy of which is herewith served upon you.

Date: September 22, 2004                          Respectfully submitted,

                                                            Marvin N. Benn (#00170615)
                                                            Stephen J. Cassin (#06197267)
                                                            **MUCH SHELIST FREED DENENBERG**
                                                            **AMENT & RUBENSTEIN, P.C.**
                                                             191 North Wacker Drive

Suite 1800
Chicago, Illinois 60606
(312) 521-2100
F(312) 521-2200

Kevin R. Krantz
**KESSLER, KRANTZ & CHRISTENSEN**
318 W. Randolph Street, 5th Floor
Chicago, Illinois 60606
(312) 419-0545
F (312) 419-0090

Attorneys for Plaintiffs
Litetronics International, Inc. and
Coollite International Holdings Limited

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the NOTICE OF FILING AND JOINT STIPULATION CONCERNING TECHNICAL CONSUMER PRODUCTS MOTION TO FILE AMENDED PLEADING was served by prepaid first class mail respectively upon Defendants at the following addresses on this 22nd day of September, 2004:

Steven M. Auvil (0063827)
**BENESCH, FRIEDLANDER,**
**CUPLAN & ARONOFF, LLP**
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378

Leon E. Lindenbaum
**LINDENBAUM COFFMAN COLANDER**
 **BRISKLY & GRIPPO, LTD.**
Three First National Plaza, Suite 2315
Chicago, IL. 60602

Dated: 22 September 2004

Stephen J. Cassin

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
SEP 2 3 2004

FILED
SEP 22 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LITETRONICS INTERNATIONAL, INC. and COOLLITE INTERNATIONAL HOLDINGS LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> TECHNICAL CONSUMER PRODUCTS, INC., <br><br> Defendant. | Civil Action No.: 03C 5733 <br><br> Judge Wayne R. Andersen <br><br> Magistrate Judge Ashman |

**JOINT STIPULATION CONCERNING TECHNICAL CONSUMER PRODUCTS MOTION TO FILE AMENDED PLEADING**

Plaintiffs Litetronics International Inc. and Coollite International Holdings Limited and Defendant Technical Consumer Products, Inc. hereby jointly stipulate as follows:

1. Defendant Technical Consumer Products, Inc.'s Motion for Leave to File Amended Pleading filed August 2, 2004 be granted.

2. Plaintiffs Litetronics International Inc. and Coollite International Holdings Limited are granted up to and including October 13, 2004 to plead or otherwise respond to Defendant Technical Consumer Products, Inc.'s Counterclaim.

Respectfully submitted,

_____
Marvin N. Benn (#00170615)
Stephen J. Cassin (#06197267)
MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive
Suite 1800

_____
Steven M. Auvil (0063827)
BENESCH, FRIEDLANDER,
CUPLAN & ARONOFF, LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
(216) 363-4500

Chicago, Illinois 60606
(312) 521-2100
F(312) 521-2200

Kevin R. Krantz
**KESSLER, KRANTZ & CHRISTENSEN**
318 W. Randolph Street, 5th Floor
Chicago, Illinois 60606
(312) 419-0545
F (312) 419-0090

Attorneys for Plaintiffs
Litetronics International, Inc. and
Coollite International Holdings Limited

Fax (216) 363-4588

Leon E. Lindenbaum
**LINDENBAUM COFFMAN COLANDER BRISKLY GRIPPO, LTD.**
Three First National Plaza,
Suite 2315
Chicago, IL. 60602

Attorneys for Defendant Technical
Consumer Products, Inc.