Case: 1:03-cv-05733 Document #: 34 Filed: 12/07/04 Page 1 of 3 PageID #:208

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 03 C 5733 | **DATE** | 12/7/2004 |
| **CASE TITLE** | Litetronics International, Inc., et al. vs. Technical Consumer Products, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter scheduling order. All non-expert discovery will close on March 28, 2005. Expert disclosures shall be due by April 29, 2005. Rebuttal expert testimony disclosures shall be due by May 30, 2005. All expert discovery to be completed by June 30, 2005.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | DEC 0 8 2004 | |
| | Notified counsel by telephone. | | date docketed | 34 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/~~magistrate judge~~. | | | |
| | IS | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LITETRONICS INTERNATIONAL, INC. and COOLLITE INTERNATIONAL HOLDINGS LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> TECHNICAL CONSUMER PRODUCTS, INC., <br><br> Defendant. | Civil Action No.: 03C5733 <br><br> Judge Andersen <br><br> DOCKETED <br> DEC 0 8 2004 |

## SCHEDULING ORDER

The Court, having received from the parties a proposed supplemental scheduling order, hereby orders that:

(A) All non-expert discovery will close on March 28, 2005. Expert disclosures on issues which party bears the burden of proof pursuant to Fed. R. Civ. P. 26(a)(2) (*e.g.*, infringement and damages for Plaintiffs; invalidity and unenforceability for Defendant) shall be due by April 29, 2005. Rebuttal expert testimony disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be due by May 30, 2004. All expert discovery to be completed by June 30, 2005. Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the Court will deem challenges waived.

(C) Plaintiffs' *Markman* brief to be filed by July 31, 2005. Defendant's *Markman* brief to be filed by August 31, 2005.

(D) Motions for summary judgment will be presented with a proposed agreed briefing schedule thirty (30) days after ruling on *Markman* issues.

(E) The case shall be ready for jury trial on December 2005. The trial is likely to take 7-10 trial days.

34

-2-

**SO ORDERED.**

*[signature]*
U.S. Magistrate Judge Ashman

Dated: **DEC 0 7 2004**