**FILED**
MAR 2 5 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LITETRONICS INTERNATIONAL, INC., and COOLLITE INTERNATIONAL HOLDINGS LIMITED, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| TECHNICAL CONSUMER PRODUCTS, INC., | ) ) ) ) |
| Defendants. | ) |

Civil Action No: 03C5733

Judge Wayne R. Anderson

Magistrate Judge Ashman

## MOTION FOR TO WITHDRAW

Kevin R. Krantz and the Law Firm of Kessler, Krantz & Christensen move this Court for leave to withdraw their appearances as attorneys of record for Plaintiff's Litetronics International, Inc., and Coollite International Holdings, Inc., (collectively "Plaintiffs"). In support of his motion, movant states that his appearance in this matter was filed concurrently with the original counsel in this case, Barnes & Thornburg. Movant stayed in this case when Much Shelist substituted in for Barnes & Thornburg, to accommodate the transition and to advise and assist Much Shelist. Much Shelist is seeking leave to withdraw and the undersigned has not acted as day to day patent counsel, nor does he specialize in patent law. It is in the best interest of the Plaintiffs and the Movants for the undersigned to withdraw as Plaintiffs' counsel.

Dated: March 24, 2005

Respectfully submitted,

_(signature)_

Kevin R. Krantz (#06207327)
KESSLER, KRANTZ & CHRISTENSEN
318 West Randolph Street
5th Floor
Chicago, Illinois 60606
Phone (312) 419-0545
Fax (312) 419-0090


Date:   March 25, 2005

Respectfully submitted,

_(signature)_

Kevin R. Krantz ( #06207327)
KESSLER, KRANTZ & CHRISTENSEN
318 West Randolph Street
5th Floor
Chicago, Illinois 60606
Phone (312) 419-0545
Fax (312) 419-0090