# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LITETRONICS INTERNATIONAL, INC. and COOLLITE INTERNATIONAL HOLDINGS LIMITED </br></br> Plaintiffs, </br></br> vs. </br></br> TECHNICAL CONSUMER PRODUCTS, INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 03C 5733 </br> ) </br> ) Judge Wayne Anderson </br> ) </br> ) Magistrate Judge Ashman </br> ) </br> ) |

## NOTICE OF MOTION

**FILED**

JUL 2 2 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Steven M. Auvil, Esq.
Benesch, Friedlander, Coplan & Aronoff
2300 BP America Building
200 Public Square
Cleveland, Ohio 44114-2378

Leon E. Lindenbaum, Esq.
Lindenbaum, Coffman, Kurlander & Brisky, Ltd.
155 N. Michigan Avenue
Suite 620
Chicago, Illinois 60601

PLEASE TAKE NOTICE THAT on <u>Thursday, July 28, 2005,</u> at 9:00 a.m. the undersigned will appear before the Honorable Wayne Andersen in the courtroom normally occupied by him, United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion for Leave to Withdraw as Counsel for Plaintiff Litetronics.

July 22, 2005

William M. Lee, Jr.
One of the attorneys for Plaintiffs
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833
(312) 357-1313
(312) 759-5646 - Fax

CHDS01 WLEE 282183v1