IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LITETRONICS INTERNATIONAL, INC. and COOLLITE INTERNATIONAL HOLDINGS LIMITED )))) | |
| Plaintiffs, ) | Civil Action No. 03 C 5733 |
| ) | |
| vs. ) | Judge Andersen |
| ) | |
| TECHNICAL CONSUMER PRODUCTS, INC., )) | Magistrate Judge Ashman |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO SCHEDULE PRE-TRIAL SETTLEMENT CONFERENCE**

Plaintiff, CoolLite International Holdings Limited (CoolLite), by its attorneys, Barnes & Thornburg LLP, pursuant to Federal Rule of Civil Procedure 16(a) moves this Court for an Order setting a pretrial settlement conference. In support hereof, CoolLite states as follows:

1.For the last several months, the Parties have engaged in settlement discussions, but have been unable to reach a mutually acceptable settlement to resolve this matter.

2.Plaintiff CoolLite believes, however, that there is still an opportunity to settle this case, and that the Court could help facilitate settlement of this matter.

- 2 -

WHEREFORE, Plaintiff, CoolLite International Holdings Limited, requests that the Court grant its Motion, set a pretrial settlement conference.

January 6, 2006

Respectfully submitted,

COOLLITE INTERNATIONAL
HOLDINGS LIMITED

By:    /s/ William M. Lee Jr.
William M. Lee, Jr.
One of Its Attorneys
BARNES & THORNBURG LLP
One N. Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833
(312) 357-1313
(312) 759-5646 - Fax

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 6, 2006, he caused to be served upon the following counsel of record, a copy of the foregoing PLAINTIFF'S MOTION TO SCHEDULE PRE-TRIAL SETTLEMENT CONFERENCE:

>Leon E. Lindenbaum
>Lindenbaum, Coffman, Kurlander & Brisky, Ltd.
>155 N. Michigan Avenue
>Suite 620
>Chicago, Illinois 60601

>Kevin R. Krantz
>Kessler, Krantz & Christensen
>318 W. Randolph Street
>5th Floor
>Chicago, Illinois 60606

by electronic means as part of the Court's Electronic Case Filing system under Local Rule 5.9;

and

>Steven M. Auvil
>Benesch, Friedlander, Coplan & Aronoff LLP
>200 Public Square
>2300 BP Tower
>Cleveland, Ohio 44114

by First Class Mail, properly addressed, postage prepaid.

            /s/ William M. Lee Jr.
            William M. Lee Jr.