**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Litertronics International, Inc., et al.

                              Plaintiff,

v.                                                Case No.: 1:03−cv−05733
                                                     Hon. Wayne R. Andersen

Technical Consumer Products, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 5, 2006:

      MINUTE entry before Judge Wayne R. Andersen :Settlement conference held on 5/5/2006. Show Cause Hearing set for 5/16/2006 at 08:30 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.