**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LITETRONICS INTERNATIONAL, INC. and COOLLITE INTERNATIONAL HOLDINGS LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>TECHNICAL CONSUMER PRODUCTS, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 03C5733<br><br>Judge Wayne R. Andersen<br><br>Magistrate Judge Ashman |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Local Rule 83.17, attorney Craig L. Moore of Benesch Friedlander Coplan & Aronoff LLP ("Benesch") hereby moves the Court for leave to withdraw as one of the attorneys of record for Defendant Technical Consumer Products, Inc. ("TCP"). TCP has consented to this withdrawal, and it has ongoing representation in this case. Further, Steven M. Auvil of Benesch and Leon E. Lindenbaum of Kurlander & Associates will continue their representation of TCP in this action. For these reasons, the undersigned hereby seeks leave to withdraw as counsel in this action. A proposed order granting this motion is attached hereto.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: May 1, 2007　　　　　　/s/ *Craig L. Moore*
　　　　　　　　　　　　　　　　Steven M. Auvil (0063827)
　　　　　　　　　　　　　　　　Craig L. Moore (0063550)
　　　　　　　　　　　　　　　　**BENESCH, FRIEDLANDER,**
　　　　　　　　　　　　　　　　 **COPLAN & ARONOFF, LLP**
　　　　　　　　　　　　　　　　2300 BP Tower, 200 Public Square
　　　　　　　　　　　　　　　　Cleveland, Ohio 44114-2378
　　　　　　　　　　　　　　　　Telephone: (216) 363-4500
　　　　　　　　　　　　　　　　Facsimile: (216) 363-4588
　　　　　　　　　　　　　　　　E-mail: sauvil@bfca.com; cmoore@bfca.com

Leon E. Lindenbaum
**KURLANDER & ASSOCIATES**
155 North Michigan Avenue, Suite 620
Chicago, Illinois 60601
Telephone: 312-616-4246
Facsimile: 312-729-5379
E-mail:  leonbon1@comcast.net

Attorneys for Defendant and Counterclaim-Plaintiff
**TECHNICAL CONSUMER PRODUCTS, INC.**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2007, a copy of the foregoing MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ *Craig L. Moore*
                One of the Attorneys for Defendant and
                Counterclaim-Plaintiff **TECHNICAL CONSUMER PRODUCTS, INC.**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LITETRONICS INTERNATIONAL, INC. and COOLLITE INTERNATIONAL HOLDINGS LIMITED, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| TECHNICAL CONSUMER PRODUCTS, INC., | ) ) ) |
| Defendant. | ) ) |

Civil Action No.: 03C5733

Judge Wayne R. Andersen

Magistrate Judge Ashman

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR DEFENDANT**

The Court, having duly considered the Motion for Leave to Withdraw as Counsel for Defendant Technical Consumer Products, Inc. filed by attorney Craig L. Moore of the law firm of Benesch Friedlander Coplan & Aronoff LLP, and for good cause shown with all requirements of Local Rule 83.17 have been satisfied, hereby orders that the Motion is granted and that attorney Moore is entitled to withdraw as counsel for Defendant Technical Consumer Products, Inc.

So ORDERED this _____ day of _____, 2007.

_____
Hon. Wayne R. Andersen
U.S. District Court Judge

Doc 1438251  Ver 1