**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LITETRONICS INTERNATIONAL, INC. and COOLLITE INTERNATIONAL HOLDINGS LIMITED, | ) ) ) | Civil Action No. 03C5733 |
| | ) | Judge Wayne R. Andersen |
| Plaintiffs, | ) ) | Magistrate Judge Ashman |
| | ) | |
| vs. | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| TECHNICAL CONSUMER PRODUCTS, INC., | ) ) ) | |
| Defendant. | ) | |

     Pursuant to Federal Civil Rule 41(a)(1)(ii), Plaintiffs Litetronics International, Inc. and

CoolLite International Holdings Limited and Defendant Technical Consumer Products, Inc.

hereby agree to voluntarily dismiss, with prejudice, the claims in the Complaint and the

Counterclaims, with each party to bear its own costs, expenses, and attorneys' fees.


Respectfully submitted,                         Respectfully submitted,


/s/ *Kevin R. Krantz*                       /s/ *Steven M. Auvil*
Kevin R. Krantz                            Steven M. Auvil (0063827)
**STAHL COWEN CROWLEY LLC**         Craig L. Moore (0063550)
55 West Monroe                        **BENESCH, FRIEDLANDER, COPLAN &**
Suite 1200                              **ARONOFF, LLP**
Chicago, IL 60603                    2300 BP Tower
                                     200 Public Square
*Attorney for Plaintiff Litetronics*       Cleveland, OH 44114-2378
*International, Inc.*                    Telephone: (216)363-4500
                                     Facsimile: (216)363-4588
                                     *sauvil@bfca.com;cmoore@bfca.com*

/s/
_____
Anthony Nimmo (Reg. No. 6195174)
Brian Lum (Reg. No. 6256315)
**ICE MILLER LLP**
200 W. Madison Street, Suite 3500
Chicago, IL  60606-3417
Telephone: (312) 726-1567
Facsimile: (312) 726-7102

*Attorneys for Plaintiff and Counterclaim Defendant CoolLite International Holdings Limited*

Leon E. Lindenbaum
**KURLANDER & ASSOCIATES**
 155 N. Michigan Ave., Suite 620
Chicago, IL 60601
Telephone: 312-616-4246
Facsimile: 312-729-5379
E-mail:  Leonbon1@comcast.net

*Attorneys for Defendant and Counterclaim-plaintiff Technical Consumer Products, Inc.*